In the Matter of the Probate of the Will of MARGARET J. TAYLOR, Deceased.

ANNA E. HALLMAN et al., Appellants; JAMES A. COOLEY, as Executor of MARGARET J. TAYLOR, Deceased, Respondent.

(Submitted October 3, 1934; decided October 23, 1934.)

*Jerome C. Jackson, William Goldsticker* and *Clinton R. Williams* for appellants.

*James O. Trybom* and *Frank E. Davis* for respondent

Order affirmed, with costs to respondent payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.